# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    Thomas W. Zeiger

                            Case No. 20-49930-MLO
                            Chapter 13
                            Hon. Maria L. Oxholm

            Debtor.
_____/

## MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO E.D. Mich. LBR 4001-4

    NOW COMES Thomas W. Zeiger, Debtor herein, by and through his attorney, Charles J. Schneider, P.C. and moves this Court to extend the automatic stay in the above case as follows:

    1.    The Debtor commenced the within Bankruptcy case on 09/21/2020. Prior to the commencement of this case the Debtor had a pending Chapter 13 case filed in the Eastern District of Michigan on 10/22/2018, Case No. 18-54320-MBM. The pendency of the prior case was within one (1) year, but was dismissed.

    2.    That pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay will terminate with respect to the Debtor within 30 days from the date of filing.

    3.    That 11 U.S.C. §362(c)(3)(A), 11 U.S.C. §362(c)(3)(B) and E.D. Mich. LBR 4001-4 requires the Debtor to move this Court to extend the protection of the automatic stay within seven (7) days from the date of the filing of petition.

    4.    The Debtor requests that the automatic stay be extended until such time as the case is dismissed or a discharge is granted.

    5.    The Debtor states that the last case was dismissed because Debtor was unable to work on a consistent basis due to his disability. Debtor first became disabled in 2011 after experiencing a work place injury. As a direct result of the injury Debtor suffers from Reflex Sympathetic Dystrophy Disorder ("RSD"). Symptoms of RSD includes burning pain, swelling and stiffness in joints, motor disability, and decreased

ability to move affected body part. Though Debtor had employment during his last bankruptcy, the amount of hours he could work was significantly reduced because the RSD caused him to suffer from near debilitating pain and limited mobility.

      6.      The Debtor states that there has been a significant change in circumstances such that the Debtor would be able to complete a confirmed Chapter 13 plan. The change in circumstances are that Debtor has control over his RSD. Debtor has worked with his doctors to learn how to better manage his pain and any mobility issues. As a result Debtor is able to work longer hours and has been doing so since his last case was dismissed. On average he is working 25-30 hours each week. His employment combined with his disability income will allow Debtor to maintain his plan payment and complete the bankruptcy,

      7.      The Debtor has not had any other bankruptcy case pending within one (1) year prior to filing this case.

Wherefore, Debtor requests that the automatic stay under §362(c)(3)(B) be extended until such time as the case is dismissed or a discharge is granted.

  /s/ Mary Beth Wimberley
CHARLES J. SCHNEIDER (P27598)
NICHOLAS D. CHAMBERS (P72084)
MARY BETH WIMBERLEY (P82137)
Attorneys For Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: September 28, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    Thomas W. Zeiger

                                        Case No. 20-49930-MLO
                                        Chapter 13
                                        Hon. Maria L. Oxholm

                Debtor.
_____/

## ORDER GRANTING EXTENSION OF AUTOMATIC
## STAY PURSUANT TO E.D. Mich. LBR 4001-4

    This matter having come on to be heard upon the Debtor's Motion to Extend Automatic Stay pursuant to E.D. Mich. LBR 4001-4, a hearing having been held on _____, due notice having been thus given, and the Court being fully advised in the premises:

    NOW THEREFORE IT IS HEREBY ORDERED that the automatic stay under 362(c)(3)(B) is extended until such time as the case is dismissed or a discharge is granted.

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Thomas W. Zeiger

                                Case No. 20-49930-MLO
                                Chapter 13
                                HON. Maria L. Oxholm

              Debtor.
_____/

## **AFFIDAVIT OF DEBTOR**

Thomas W. Zeiger, Debtors, being first duly sworn, deposes and says:

1. The within Chapter 13 Petition was filed on my behalf on 09/21/2020.

2. My last case was dismissed because I lost income due to suffering from Reflex Sympathetic Dystrophy Disorder (RSD). This disorder is caused by a work injury I sustained in 2011. RSD caused me to experience near debilitating pain and limited mobility. These symptoms impacted my ability to work longer hours in order to maintain my plan payments and reasonable living expenses.

3. There has been a significant change in circumstances such that I would be able to complete a confirmed Chapter 13 plan. The change in circumstances are that my RSD is now under control. I have worked with my doctors and have learned how to manage my pain and to compensate for any mobility issues. Since my last case I have been working more hours, and am averaging 25-30 hours per week.

Furthermore, Deponent sayeth not.

*I declare and affirm under penalty of perjury that I have read the foregoing averments and the statements above are true and correct to the best of my knowledge, information and belief.*

                                                                   /s/   Thomas W. Zeiger
                                                                 Thomas W. Zeiger, Debtor

Dated: September 28, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Thomas W. Zeiger

                                        Case No. 20-49930-MLO
                                        Chapter 13
                                        Hon. Maria L. Oxholm

           Debtor(s).
_____/

## **PROOF OF SERVICE**

      Jane Gackle, certifies that she is employed by the Law Office of Charles J. Schneider, attorney for Debtor(s), and says that on September 28, 2020, she served a copy of MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO E.D. Mich. LBR 4001-4, AFFIDAVIT OF DEBTOR(S) to:

Thomas W. Zeiger
18496 Brentwood St.
Livonia, MI 48152

All parties indicated on the attached dated court matrix

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                                        /s/ Jane Gackle
                                                       JANE GACKLE
                                                       LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                                       39319 Plymouth Road, Ste. 1
                                                       Livonia, MI 48150
                                                       (734) 591-4890
                                                       notices@cschneiderlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 20-49930-mlo<br>Eastern District of Michigan<br>Detroit<br>Mon Sep 28 14:26:42 EDT 2020 | American Profit Recovery<br>34405 West 12 MIle Road<br>Suite 333<br>Farmington Hills, MI 48331-5608 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Credit Acceptance Corp.<br>Attn: Officer for receipt of Process<br>25505 West Twelve Mile Rd.<br>Ste. 3000<br>Southfield, MI 48034-8331 | Credit Acceptance Corporation<br>25505 W 12 Mile Rd #3000<br>Southfield MI 48034-8331 | Enhanced Recovery Corporation<br>Attn: Officer for receipt of Process<br>8014 Bayberry rd.<br>Jacksonville, FL 32256-7412 |
| Howard Alan Katz<br>25505 West Twelve Mile<br>Suite 4750<br>Southfield, MI 48034-8326 | IC Systems Collections<br>PO Box 64378<br>St.Paul, MN 55164-0378 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | REV-1 Solutions, LLC<br>517 US Highway 31 N<br>Greenwood, IN 46142-3932 | Rushmore Loan Management, LLC<br>15480 Laguna Canyon. Suite 100<br>Irvine, CA 92618-2132 |
| David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Sattile & Barile, PLLC<br>7530 Lucerne Dr., Ste. 210<br>Middleburg, OH 44130-6557 | Charles J. Schneider<br>39319 Plymouth Rd.<br>Suite 1<br>Livonia, MI 48150-1064 |
| U.S. Bank Trust National Assoc as Truste<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | Thomas W. Zeiger<br>18496 Brentwood St.<br>Livonia, MI 48152-3559 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>21210 Erwin St.<br>Woodland Hills, CA 91367 | Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    0<br>Total                  16 |