**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

    Thomas W. Zeiger

                                Case No. 20-49930-MLO
                                Chapter 13
                                HON. Maria L. Oxholm

                Debtor(s).
_____/

**STIPULATION ON DEBTOR'S MOTION TO EXTEND**
**AUTOMATIC STAY PURSUANT TO E.D. Mich. LBR 4001-4**

    This matter having come on to be heard upon the Debtor's Motion to Extend Automatic Stay pursuant to E.D. Mich. LBR 4001-4, a hearing having been held on 10/19/2020, due notice having been thus given, and the Court being fully advised in the premises;

    IT IS HEREBY STIPULATED the undersigned parties agree to the entry of the attached Order to Extend Automatic Stay labeled as Exhibit 1.

| | |
|---|---|
| /s/ Mary Beth Wimberley | /s/ John J. Lieberman |
| CHARLES J. SCHNEIDER (P27598) | JON J. LIEBERMAN (P79786) |
| NICHOLAS D. CHAMBERS (P72084) | Attorney for U.S. Bank Trust National Association |
| MARY BETH WIMBERLEY (P82137) | 394 Wards Corner Road, Suite 180 |
| Attorney(s) for Debtor | Loveland, OH 45140 |
| 39319 Plymouth Rd., Ste. 1 | (513) 444-4100 |
| Livonia, MI 48150 | Bankruptcy@sottileandbarile.com |
| (734) 591-4890 | |
| notices@cschneiderlaw.com | |

/s/ Lisa K. Mullen
LISA K. MULLEN (P55478)
Staff Attorney for Chapter 13 Trustee
26555 Evergreen Rd., Ste 1100
Southfield, MI 48076
(248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Thomas W. Zeiger

                                                Case No. 20-49930-MLO
                                                Chapter 13
                                                HON. Maria L. Oxholm

              Debtor(s).
_____/

**ORDER GRANTING EXTENSION OF AUTOMATIC
STAY PURSUANT TO E.D. Mich. LBR 4001-4**

This matter having come on to be heard upon the Debtor's Motion to Extend Automatic Stay pursuant to E.D. Mich. LBR 4001-4, a hearing having been held on 10/19/2020, due notice having been thus given, and the Court being fully advised in the premises:

NOW THEREFORE IT IS HEREBY ORDERED that the automatic stay under 11 U.S.C. §362(c)(3)(B) is extended as to all creditors except U.S. Bank National Trust Association until such time as the case is dismissed or a discharge is granted.

IT IS FURTHER ORDERED that the automatic stay under 11 U.S.C. §362(c)(3)(B) is extended as to U.S. Bank National Trust Association until 11/16/2020 at which time the Court will evaluate the documentation provided by the Debtor.

EXHIBIT 1